[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-13797
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 28, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:08-cr-20079-PAS-1

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

JOSE TAVARES,
a.k.a. Dino Cabassa,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 28, 2011)

Before CARNES. WILSON and BLACK, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Jose Taveras[1] in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Taveras's convictions and sentences are **AFFIRMED**.

---

[1]While the Appellant's name is spelled "Tavares" on this Court's docket, his indictment identifies him as "Taveras," and we therefore adopt that latter spelling for this opinion.